JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SHALLOWHORN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>L. LUNDY, Warden,<br><br>　　　　Respondent. | Case No. CV 25-0234-SVW (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Denying Petitioner's Motion to Transfer and Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 27, 2025

　　　　　　　　　　　　　　　　　　*Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE